Roger Ryan, Respondent, v. The Solvay Process Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan,

P. J., who dissented upon the ground that the defendant was not shown guilty of actionable negligence.